RECEIVED
AUG 14 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

Cesar Cabrera
Reg. # 04532-070
51 Fisk Street
Providence, RI 02905
August 11, 2008

Honorable Judge: Mary M. Bisi
United States District Court
District of Rhode Island
One Exchange Terrance
Providence, RI 02903

Dear Judge, Mary M. Bisi

This letter is to request a permission to travel out side of the country to the Dominican Republic during the month of December 2008.

The purpose of my trip is to go there get marry with my Fiancé Ms.Carmen Escolastica Brito.

If you may have any further questions, please feel free to contact me at once

Truly Yours;

Cesar Cabrera

Cesar Cabrera